STATE OF MAINE                                        SUPERIOR COURT
                                                        CIVIL ACTION
YORK, ss.                                          DOCKET NO. CV-06-067
                                                   *CAB-YOR- 3/7/06*

PETER THROUMOULOS,

            Plaintiff

      v.                                    **ORDER**

CHRISTINE FOSTER,

            Defendant

      Following review, Mr. Throumoulos' Application to Proceed Without Fees is

Denied without prejudice. A fair reading of the complaint reveals that Mr.

Throumoulos' complaint seeks to hold Maine District Court Judge Christine Foster

liable for acts she took in her official capacity as a judicial officer. Maine law is well

settled that judges enjoy absolute immunity from civil suits for damages arising from

their judicial acts. *Richards v. Ellis, et al.*, 233 A.2d 37 (Me. 1967). Thus, the initiation of

this action would appear to be futile. However, if Mr. Throumoulos pays the filing fees

within seven days, the case may proceed.


Dated:      March 7, 2006


PLAINTIFF:
Peter Throumoulos, pro se                    G. Arthur Brennan
133 Portland Avenue, Apt. #23                Justice, Superior Court
Old Orchard Beach ME  04064